UNITED STATES DISTRICT COURT
Western District of Tennessee
Western Division

FILED BY Cy  D.C.

05 NOV -1  PM 2: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS M. GOULD
Clerk of Court

Memphis    901-495-1200
Fax        901-495-1250
Jackson    901-427-6586
Fax        901-427-9210

DATE:   November 1, 2005

NOTICE TO ALL PARTIES

RE:    CRIMINAL CASE NO.  05-20386-B
       UNITED STATES OF AMERICA vs. ERNEST LEE YOUNG aka "EY"

   **XX**   RULE 20 (Consent to Transfer of Case for Plea and Sentence)

   ___   RULE 40 DOCUMENTS

Documents, as to the above-named defendant, have been received from the USDC, Eastern District of Texas (Sherman Division) on October 31, 2005.  Please refer to document #1 in the case record for more information.

                              Sincerely,

                              THOMAS M. GOULD,
                              Clerk of Court

                              BY: Earline Drayer
                                  Deputy Clerk

cc: Mag. Judge Casemgr.


242 Federal Building                         101 Federal Building
167 North Main Street                   109 South Highland Avenue
Memphis, Tennessee 38103                   Jackson, Tennessee 38301



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CR-20386 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT